UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LINA ROCIO GARCIA AFANADOR,

    Petitioner,

v.

ROBERT CERNA, et al.,

    Respondents.

No. 1:26-CV-119-H

## ORDER

Before the Court is Lina Rocio Garcia Afanador's petition for a writ of habeas corpus. Dkt. No. 1. Recently, Garcia Afanador's counsel filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), stating that Garcia Afanador is "no longer in the United States" and "no longer in ICE custody." Dkt. No. 14 at 3. But the respondents have answered (Dkt. No. 9), and they did not sign the petitioner's notice of dismissal (*see* Dkt. No. 14). Accordingly, dismissal under Rule 41(a)(1) is not available.

Nevertheless, after reviewing the respondents' Notice of Resolution by Voluntary Departure (Dkt. No. 13) and having failed to find Garcia Afanador using ICE's online detainee locator, the Court has determined that Garcia Afanador is no longer in ICE custody. And because Garcia Afanador is no longer in custody, the Court concludes that her claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on July 8, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE